IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

BITMAIN TECHNOLOGIES GEORGIA
LIMITED,

      Plaintiff,

v.                                                          No. 1:25-cv-01213-JDB-jay

OLD CONST LLC, and
TN WALL STREET LLC,

      Defendants.

---

ORDER DENYING WITHOUT PREJUDICE MOTION OF ATTORNEY JIANGANG OU
FOR LEAVE TO APPEAR PRO HAC VICE

---

Before the Court is the motion of Attorney Jiangang Ou for leave to appear pro hac vice in this matter, filed on September 12, 2025. (Docket Entry ("D.E.") 6.) The form motion completed by counsel contained the following instruction: "A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge." (*Id.* at PageID 119); *see also* L.R. 83.4(d)(1)(C) (requiring submission of a proposed order in connection with a motion to appear pro hac vice in a particular case). Counsel attached his proposed order to his motion and filed it, instead of sending the proposed order in word processing format to the ECF mailbox. (D.E. 6-2 at PageID 124.) On September 12, 2025, the Clerk filed a Deficiency Notice that stated counsel's failure to comply with this rule, referenced the ECF User Manual and Policies and Procedures, and allowed the filer one business day to correct the deficiency. (D.E. 8.) At least one business day has passed, and counsel has not corrected the deficiency. The motion is therefore

DENIED without prejudice.  If he wishes to appear in this matter, counsel shall refile the motion in its entirety and submit a proposed order *to the ECF mailbox of the undersigned*.

     IT IS SO ORDERED this 16th day of September 2025.

<u>s/ J. DANIEL BREEN</u>
UNITED STATES DISTRICT JUDGE