IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| BITMAIN TECHNOLOGIES GEORGIA LIMITED,     ) | |
| ) | |
| PLAINTIFF,     ) | |
| ) | CIVIL ACTION NO. 1:25-cv-01213-JDB-jay |
| VS.     ) | |
| ) | Removed from Henry County Chancery Court, Case No. 26523 |
| OLD CONST LLC and TN WALL STREET LLC,     ) | |
| ) | |
| DEFENDANTS.     ) | |
| ) | |

**MOTION FOR LEAVE TO WITHDRAW**

Pursuant to Local Rule 83.5 and Tennessee Supreme Court Rule 8, RPC 1.16(a)(3), Jeremey R. Goolsby and the law firm of Frost Brown Todd LLP ("FBT") respectfully move for leave to withdraw their appearance on behalf of Defendant Old Const LLC in this matter. In support of this motion, Mr. Goolsby states FBT must withdraw from representing Old Const LLC in accordance with Tennessee Supreme Court Rule 8, RPC 1.16(a)(3) because Old Const LLC has discharged FBT. Brian Gargano and Jiangang Ou of the law firm Archer & Greiner, P.C., and James Michael Smith of the law firm Hagwood and Tipton PC will remain counsel of record for Old Const LLC. Jeremey R. Goolsby and Frost Brown Todd LLP will continue to serve as counsel of record for Defendant TN Wall Street LLC.

WHEREFORE, based on the foregoing and for good cause shown, Mr. Goolsby and the law firm Frost Brown Todd LLP respectfully move this Court to enter an order permitting the withdrawal of his appearance on behalf of Defendant Old Const LLC.

Respectfully submitted,

*/s/ Jeremey R. Goolsby*
Jeremey R. Goolsby, No. 34505
FROST BROWN TODD LLP
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
615-251-5550 Telephone
jgoolsby@fbtlaw.com

*Attorneys for Defendant TN Wall Street LLC*

Case 1:25-cv-01213-JDB-jay   Document 22   Filed 09/25/25   Page 2 of 3   PageID 1454

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed on this 25th day of September 2025 via the Court's CM/ECF filing system, providing notice to all counsel of record:

James Michael Smith
HAGWOOD AND TIPTON PC
PO Box 726
Paris, TN 38242
jsmith@hatlawfirm.com

Jiangang "James" Ou
Brian M. Gargano
ARCHER & GREINER P.C.
3040 Post Oak Boulevard ,Suite 1800-150
Houston, Texas 77056
jou@archerlaw.com
bgargano@archerlaw.com

George Whitfield, III
Greer, Greer & Whitfield Attorneys, PLLC
P.O. Box 385
Paris, TN 38242
731-642-8781
rob@greergreerandwhitfield.com

Randall L. Saunders
Nelson, Mullins, Riley & Scarborough LLP
949 Third Ave, Suite 200
Huntington, WV 25701
Randy.saunders@nelsonmullins.com

Christopher C. Hayden
SELLERS, CRAIG, AND HAYDEN, INC.
45 Murray Guard Drive
Jackson, TN 38308
chris@schofcounsel.com

                                                *s/ Jeremey R. Goolsby*
                                                Jeremey R. Goolsby

0162148.0811563   4903-9244-7851