IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| BITMAIN TECHNOLOGIES GEORGIA LIMITED, )<br>)<br>PLAINTIFF )<br>)<br>V. )<br>)<br>OLD CONST LLC and TN WALL STREET LLC, )<br>)<br>DEFENDANTS. ) | No. 25-cv-01213-JDB-jay |

**PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE A REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR IMMEDIATE WRIT OF POSSESSION**

Pursuant to Fed. R. Civ. P. 7(b) and L.R. 7.2(c) of the United States District Court for the Western District of Tennessee, Plaintiff, Bitmain Technologies Georgia Limited (hereinafter "Bitmain"), respectfully asks this Honorable Court for permission to file a reply to "Defendant's Opposition in Response to Plaintiff's Motion For Immediate Writ of Possession and Incorporated Memorandum of Law" (DE 24, Page ID# 1457-65).

L.R. 7.2(c) states in relevant part that "[e]xcept as provided by L.R. 12.1(c) and L.R. 56.1(c), reply memoranda may be filed only upon court order granting a motion for leave to reply." L.R. 12.1(c) allows replies as of right only for motions to dismiss, and L. R. 56.1(c) allows replies as of right only for motions for summary judgment. Since Bitmain's pending Motion for Immediate Writ of Possession is filed under Fed. R. Civ. P. 64, leave of court is therefore required.

To that end, Bitmain respectfully seeks leave of Court to file a reply memorandum to briefly address matters raised in Old Const's Response. (DE 24, Page ID# 1457-65). These matters include the following:

- Old Const LLC's incorrect assertion that this matter must be dismissed or transferred to the Southern District of Texas;
- Old Const LLC's mischaracterization of TENN. CODE ANN. §§ 29-30-103(b) and 29-30-104(b), and its fallacious claim that Tennessee's possessory statutes are inapplicable to Plaintiff's right to immediate possession of the hosted servers;
- Old Const LLC's misstatement of relevant facts in this action such as the content of the Order of the Henry County Chancery Court, which remains in effect, as well as the involuntary nature of Old Const LLC's compliance with the writ;
- The inaccurate legal assertions concerning the measure and scope of damages arising from the wrongful deprivation of that property;
- The magnitude of ongoing harm to Plaintiff resulting from Old Const LLC's continued wrongful possession of the hosted servers, property valued in excess of $20,000,000, with each day of lost operation causing over $100,000 in damages to the Plaintiff; and
- The resulting irreparable harm to Plaintiff, as Bitcoin is a finite resource and each day of lost mining operation permanently diminishes Plaintiff's ability to recover the lost value and opportunity associated with that limited resource.

Permitting Bitmain to file a short reply memorandum to the contentions raised in the Defendant's response in opposition will work to facilitate a just and fair resolution of

these issues and will not cause any undue delay in the resolution of this matter. Upon information and belief, such a reply will be of assistance to the Court as the reply is necessary to ensure that the record is accurate and that the Court has the benefit of a complete and fair presentation of the relevant facts and law before ruling on Bitmain's Motion for Immediate Writ of Possession.

WHEREFORE, Bitmain respectfully requests that this Court enter an Order granting it leave to file a reply as set forth.

This the 9th day of October, 2025.

Respectfully submitted,

SELLERS, CRAIG, & HAYDEN, INC.

By: s/Christopher C. Hayden
Christopher C. Hayden (#028220)
Attorney for Plaintiff
P.O. Box 10547
Jackson, Tennessee 38308
(731) 300-0737
chris@schofcounsel.com

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/Randall L. Saunders
Randall L. Saunders (#034532)
Attorney for Plaintiff
949 Third Avenue, Suite 200
Huntington, West Virginia 25701
(304) 526-3500
randy.saunders@nelsonmullins.com

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this document was served upon counsel of record via the Court's electronic filing system.

s/Christopher C. Hayden

Date: October 9, 2025